The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.S.S., <br><br> Plaintiff, <br><br> v. <br><br> DANIELLE LEHMAN, et al.,[1] <br><br> Defendants. | Case No. 2:25-cv-00042-DWC <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER <br><br> Noted for Consideration: <br> April 1, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until October 8, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on April 7, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until October 8, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Senior Official Performing the Duties of the Director Kika Scott for Ur M. Jaddou and Secretary Kristi Noem for Alejandro Mayorkas.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00042-DWC] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  Courts have "broad discretion" to stay proceedings. Clinton v. Jones, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936); see also Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for June 10, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court within seven calendar days. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once USCIS adjudicates the application, Plaintiff will voluntarily dismiss this litigation. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until October 8, 2025. The parties will submit a joint status report on or before October 8, 2025.

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00042-DWC] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    DATED this 1st day of April, 2025.

2                                       Respectfully submitted,

3                                       TEAL LUTHY MILLER
                                        Acting United States Attorney

4
                                        *s/ Michelle R. Lambert*
5                                       MICHELLE R. LAMBERT, NYS #4666657
                                        Assistant United States Attorney
6                                       United States Attorney's Office
                                        Western District of Washington
7                                       1201 Pacific Avenue, Suite 700
                                        Tacoma, Washington 98402
8                                       Phone: (206) 553-7970
                                        Fax:    (206) 553-4067
9                                       Email:  michelle.lambert@usdoj.gov

10                                      *Attorneys for Defendants*

11                                      *I certify that this memorandum contains 395 words, in compliance with the Local Civil Rules*

12

13                                      *s/Meena Pallipamu*
                                        MEENA PALLIPAMU, WSBA #31870
14                                      Meena Pallipamu Immigration Law PLLC
                                        4444 Woodland Park Ave. N., Ste. 203
15                                      Seattle, Washington 98103
                                        Phone: 206-419-7332
16                                      Email:  meena@meenaimmigrationlaw.com
                                        *Attorney for Plaintiff*

17

18

19

20

21

22

23

24

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. This case shall be held in abeyance until October 8, 2025. The parties shall file a stipulated motion for dismissal or a joint status report on or before October 8, 2025.

DATED this 7th day of April, 2025.

_____
TANA LIN
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00042-DWC] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800