District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

N.S.S.,

          Plaintiff,

v.

DANIELLE LEHMAN, *et al.*,[1]

          Defendants.

Case No. 2:25-cv-00042-TL

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER

Noted for Consideration:
July 2, 2025

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Senior Official Performing the Duties of the Director Kika Scott for Ur M. Jaddou and Secretary Kristi Noem for Alejandro Mayorkas.

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:25-cv-00042-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 2nd day of July, 2025.

        Respectfully submitted,

        TEAL LUTHY MILLER
        Acting United States Attorney

        *s/ Michelle R. Lambert*
        MICHELLE R. LAMBERT, NYS #4666657
        Assistant United States Attorney
        United States Attorney's Office
        Western District of Washington
        1201 Pacific Avenue, Suite 700
        Tacoma, Washington 98402
        Phone: (206) 553-7970
        Fax:   (206) 553-4067
        Email:  michelle.lambert@usdoj.gov

        *Attorneys for Defendants*

        *I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules*

        *s/ Meena Pallipamu*
        MEENA PALLIPAMU, WSBA #31870
        Meena Pallipamu Immigration Law PLLC
        4444 Woodland Park Ave. N., Ste. 203
        Seattle, Washington 98103
        Phone: 206-419-7332
        Email:  meena@meenaimmigrationlaw.com
        *Attorney for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:25-cv-00042-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is dismissed without prejudice and with each party to bear their own fees and costs.  It is so **ORDERED**.

DATED this 3rd day of July, 2025.

_____
TANA LIN
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:25-cv-00042-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800